In the Matter of the Claim of KARINE KARAPETYAN, Respondent. CP LANGUAGE INSTITUTE INC., Appellant; COMMISSIONER OF LABOR, Respondent.

Submitted June 27, 2016; decided September 13, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

REGINALD G. MCFADDEN, Appellant, v STATE OF NEW YORK, Respondent.

Decided September 13, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

MARIE CLAUDE MORENCY, by Her Guardian ad Litem, MIRIAM MORENCY, et al., Respondents, v HORIZON TRANSPORTATION SERVICES, INC., et al., Defendants/Third-Party Plaintiffs-Appellants. BHRAGS HOME CARE, CORP., et al., Third-Party Defendants-Respondents.

Submitted July 25, 2016; decided September 13, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.